# IN THE SUPREME COURT OF PENNSYLVANIA

IN RE:                     :

                            :  No. 762

APPOINTMENT TO THE COMMITTEE  :
ON RULES OF EVIDENCE        :  SUPREME COURT RULES DOCKET

                            :

## ORDER

**PER CURIAM**

**AND NOW**, this 16th day of February, 2018, Albert P. Veverka, Esquire, Allegheny County, is hereby appointed as a member of the Committee on the Rules of Evidence for a term of three years, commencing May 1, 2018.